JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
ARMEN BAGHDASARIAN BAR NO. 186447
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO.: CV 13-00498 |
|---|---|
| Plaintiff, | ) |
| v. | ) CONSENT JUDGMENT |
| DEBORAH CHAPMAN-GONZALEZ, | ) |
| Defendant. | ) |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, DEBORAH CHAPMAN-GONZALEZ, in the total amount of $8,705.33.

Dated: February 14, 2013

TERRY NAFISI, CLERK
United States District Court
Central District of California

/s/ B. Pacillas
By: Deputy Clerk

1